UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 04-788-M-01 |
| v. | |
| LATONJA D. CARRERA, | VIOLATION: 18 U.S.C. § 2113(b) (Bank Theft) |
| | 18 U.S.C. § 2 |
| Defendant. | (Aiding and Abetting) |

FILED
DEC 1 0 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### INFORMATION

The United States Attorney hereby informs the Court that:

**COUNT ONE**

1. At all times material to this Information, Chevy Chase Bank was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

2. From in or about January of 2001 until on or about January 30, 2004, Christopher B. Boyd, worked at different branches of Chevy Chase Bank in the District of Columbia, and for the last year of that period as a Customer Services Representative.

3. At all times material to this information, defendant LATONJA D. CARRERA was the cousin of Christopher B. Boyd and the two individuals often lived in the same house.

4. Between on or about January 12, 2004, and on or about January 13, 2004, within the District of Columbia, Christopher B. Boyd, aided and abetted by defendant LATONJA D. CARRERA, did take and carry away with the intent to steal and purloin property and a thing of value not exceeding $1,000, that is, a personal check of a Chevy Chase Bank customer, belonging to and in the care, custody, control, management and possession of Chevy Chase

Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

**(Bank Theft, in violation of 18 U.S.C. § 2113(b)).**

                                        KENNETH L. WAINSTEIN
                                        United States Attorney
                                        D.C. Bar # 451058

By:     */s/ Daniel P. Butler*
            DANIEL P. BUTLER
            D.C. Bar # 417718
            Assistant United States Attorney
            United States Attorneys Office
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 353-9431
            Daniel.Butler@USDOJ.Gov