IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| v. | : | |
| LATONJA D. CARRERA, | : | FILED |
| | : | DEC 17 2004 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the Untied States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Latonja D. Carrera, with the concurrence of her attorney, G. Allen Dale, agree and stipulate as follows:

The defendant is charged by Information with one misdemeanor count of Bank Theft, pursuant to 18 U.S.C. Section 2113(b) and Section 2 (Aiding and Abetting)

Christopher B. Boyd worked at Chevy Chase Bank for almost three years prior to his leaving on January 30, 2004. For the last year that he worked there, Mr. Boyd held the position of Customer Service Representative at the branch of Chevy Chase Bank at 17th and L Street, N.W., Washington, D.C. The deposits of Chevy Chase Bank were at all relevant times insured by the Federal Deposit Insurance Corporation.

On January 12, 2004, Mr. Boyd saw a Safeway plastic bag full of checks at a Chevy Chase Bank Branch Office in Washington, D.C. A customer had returned some checks to the bank to be destroyed. Mr. Boyd took one check and put it in his pocket. Mr. Boyd memorized the account number while he was eating lunch and later checked the account balance. The account balance was checked by another employee of the bank, per the request of Mr. Boyd, and found to be about $3,000.00.

On January 13, 2004, Mr. Boyd saw his cousin, defendant Latonja D. Carrera, at their grandmother's house in Washington D.C. Mr. Boyd told defendant Carrera that he needed money to pay someone to whom he owed money. He said he had a check from the bank at which he worked that did not belong to him. Mr. Boyd told defendant Carrera that he could deposit the check in his own bank account to get the money he needed. Defendant Carrera suggested to Mr. Boyd that that would not be a good idea because he was a bank employee. Instead, defendant Carrera agreed to make the check payable to herself for $2,800, deposit it in her own bank account, and withdraw the $2,800 in cash from her account. Once defendant Carrera had obtained the $2,800 as discussed, she then went with Mr. Boyd to meet the individual to whom he owed money. Mr. Boyd then paid the $2,800 that defendant Carrera had withdrawn from her bank account to the person to whom Mr. Boyd owed the money.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: *Daniel P. Butler*

DANIEL P. BUTLER
Assistant United States Attorney
D.C. Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, G. Allen Dale, I agree and stipulate to this Statement of Offense.

Date: 12-17-04

_____
Latonja D. Carrera
Defendant

I have discussed this Statement of Offense with my client, Latonja D. Carrera. I concur with her decision to stipulate to this Statement of Offense.

Date: 12-17-04

_____
G. Allen Dale, Esquire
Attorney for Defendant Latonja D. Carrera